```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DUSTIN SNYDER and LINDSEY ANDERSON, on                                  :
behalf of themselves and all others similarly situated,                 :
                                                                        :
                              Plaintiffs,                               :      20-CV-3248 (JPC)
                                                                        :
            -v-                                                         :      NOTICE OF
                                                                        :      REASSIGNMENT
SEATGEEK, INC.,                                                         :
                                                                        :
                              Defendant.                                :
                                                                        :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. This action remains stayed in its entirety pending the parties' efforts to resolve the dispute through mediation. The parties are hereby ordered to continue filing joint updates every ninety days, with the next status letter due on December 1, 2020. **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 13, 2020
      New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge