UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DUSTIN SNYDER and LINDSEY ANDERSON,         :
:
Plaintiffs,    :
:                    20 Civ. 3248 (JPC)
-v-                                   :
:                    ORDER
SEATGEEK, INC.                              :
:
Defendant.    :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties reported that they settled this case and were in the process of formalizing a settlement agreement on November 22, 2021.  Dkt. 40.  The parties shall submit dismissal papers or, in the alternative, a status letter, by December 27, 2021.

      SO ORDERED.

Dated: November 29, 2021
       New York, New York
                                      JOHN P. CRONAN
                                      United States District Judge