## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

REBECCA VIGIL, on behalf of herself and )
all others similarly situated, )
)
                 Plaintiff, )
) Case No. 1:20-cv-3248-JPC
vs. )
)
SEATGEEK, INC., a Delaware Corporation, ) Honorable John P. Cronan
)
             Defendant. )

### PLAINTIFF REBECCA VIGIL'S MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Rebecca Vigil respectfully moves this Court for an order finally approving the Settlement Agreement ([Doc No. 64-1]) that has been reached with the Defendant in this case. Defendant does not oppose this motion and supports the entry of the proposed order which would finally approve the Settlement Agreement and order the associated relief necessary for its implementation. For the reasons stated in the accompanying brief, Plaintiff respectfully requests that this Court enter the proposed order approving the mutually bargained, arms' length settlement which has been overwhelmingly supported by the Class.

Date: October 5, 2023            Respectfully submitted,

                        /s/ Nicholas A. Coulson
                        Nicholas A. Coulson*
                        Steven D. Liddle *
                        **LIDDLE SHEETS COULSON P.C.**
                        975 E. Jefferson Avenue
                        Detroit, MI 48207
                        (313) 392-0015
                        NCoulson@LSCCounsel.com
                        SLiddle@LSCCounsel.com
                        *Admitted Pro Hac Vice
                        *Attorneys for Plaintiff*