IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA VIGIL, on behalf of herself and all others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>SEATGEEK, INC., a Delaware Corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>) Case No. 1:20-cv-3248-JPC<br>)<br>)<br>) Honorable John P. Cronan<br>)<br>) |

**PLAINTIFF REBECCA VIGIL'S NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 23(e), Plaintiff Rebecca Vigil respectfully requests that the Court enter an order: (1) finally approving the class action Settlement Agreement ([Doc No. 64-1]); (2) finally certifying the class for settlement purposes and finally appointing the Plaintiff as class representative; (3) finally appointing settlement Class Counsel and Class Representative; and (4) awarding attorneys fees, expenses, and incentive award as previously requested. In support of this motion, Plaintiff submits the following Memorandum of Law and the Declaration of Nicholas A. Coulson.

Date: October 5, 2023       Respectfully submitted,

                /s/ Nicholas A. Coulson
                Nicholas A. Coulson* (P78001)
                Steven D. Liddle* (P45110)
                **LIDDLE SHEETS COULSON P.C.**
                975 E. Jefferson Avenue
                Detroit, MI 48207
                (313) 392-0015
                NCoulson@LSCCounsel.com
                SLiddle@LSCCounsel.com
                *Admitted Pro Hac Vice
                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Nicholas A. Coulson