UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
REBECCA VIGIL, on behalf of herself and all others       :
similarly situated,                                                            :
:
Plaintiffs,       :    20 Civ. 3248 (JPC)
:
-v-         :    ORDER
:
SEATGEEK, INC., a Delaware Corporation,              :
:
Defendant.       :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

A Final Approval Hearing under Federal Rule of Civil Procedure 23(e) is scheduled for October 18, 2023, at 2:00 p.m. Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Final Approval states that the Settlement Agreement, Dkts. 64-1, 66-1, was modified by the parties on May 12, 2023. *See* Dkt. 75 at 4. By 5:00 p.m. on October 16, 2023, Plaintiff is ordered to submit a copy of the amendment to the Settlement Agreement that implemented the May 12, 2023, modification. In addition, in support of Plaintiff's Motion for Attorneys' Fees, Costs, Expenses, and Incentive Award, Dkts. 68-70, Nicholas A. Coulson submitted a declaration providing the total number of hours billed by each attorney at Liddle Sheets Coulson P.C. in this litigation as of July 31, 2023. Dkt. 71. By 5:00 p.m. on October 16, 2023, Plaintiff shall submit an additional declaration with information on the tasks completed, and hours spent on such tasks, by each of these attorneys.

SO ORDERED.

Dated: October 13, 2023
      New York, New York

                                         JOHN P. CRONAN
                                         United States District Judge