UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
REBECCA VIGIL, on behalf of herself and all others  :
similarly situated,  :
:
                    Plaintiffs,      :        20 Civ. 3248 (JPC)
:
        -v-           :        FINAL ORDER AND
:              JUDGMENT
SEATGEEK, INC., a Delaware Corporation,  :
:
                    Defendant.  :
:
------------------------------------------------------------------------X

        On October 25, 2023, this Court entered its Order Granting Final Approval of Class Action Settlement in this action.  Dkt. 85 (the "Final Approval Order").  In accordance with that Final Approval Order and the Settlement Agreement approved therein:[1]

        1.        The Court's Final Approval Order is fully incorporated herein.

        2.        The Court directs the parties and their counsel to implement and consummate the Settlement Agreement in accordance with its terms and provisions.

        3.        The Court adjudges that in consideration of the Settlement and as set forth in Paragraphs 4.4 and 4.5 of the Settlement Agreement, Plaintiff Rebecca Vigil and the Class have conclusively and forever compromised, settled, dismissed, and released any and all Released Claims against SeatGeek, Inc. and the Released Parties.

        4.        This case is hereby dismissed with prejudice, with each party to bear its own costs except as otherwise provided in the Settlement Agreement or the Final Approval Order.

---

[1] Unless otherwise stated herein, capitalized terms in this Order shall have the meaning assigned in the Settlement Agreement, as amended.  *See* Dkts. 64-1, 66-1, and 83 at 8.

5. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 15, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge